UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

JOYCE PIERCE,

      Plaintiff,

  v.                        Case No. 10-cv-443-JPG

SECURITY CHECK, LLC,

      Defendant.

## **MEMORANDUM AND ORDER**

This matter comes before the Court on Plaintiff Joyce Pierce's Notice of Voluntary Dismissal (Doc. 5) pursuant to settlement.

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), a plaintiff has an absolute right to dismiss an action without a court order at any time before an adverse party serves either an answer or a motion for summary judgment, whichever first occurs.

Here, Defendant Security Check, LLC has yet to file an answer or a motion for summary judgment. As such, the Court acknowledges that the case is at an end and **DIRECTS** the Clerk of Court to close the file accordingly.

**IT IS SO ORDERED.**
**DATED: July 27, 2010**

                                                    s/ J. Phil Gilbert
                                                    **J. PHIL GILBERT**
                                                    **DISTRICT JUDGE**